AO91 (Rev.5/85) Criminal Complaint

===============================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

RONALD KEITH CHRISTIAN

REDACTED

CRIMINAL COMPLAINT

CASE NUMBER:   3:06-MJ-00013-JDR

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 30, 2006, in the District of Alaska, defendant(s) did, attempt to take by force, violence, and intimidation, from the persons and presence of N.B., Y.G. and J.S., employees of Denali Alaskan Federal Credit Union (DAFCU), 1501 East Huffman Road, Anchorage, Alaska, a financial institution, the deposits of which are insured by the National Credit Union Administration (NCUA), money, belonging to and in the care, custody, control, management and possession of said DAFCU, to wit: United States currency; and in so doing, put in jeopardy the life of one or more person(s) by the use of a dangerous weapon or device, all of which is in violation of Title 18, United States Code, Section(s) 2113(a) & (d) - Armed Bank Robbery.

    I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

    See attached affidavit, incorporated by this reference, as if fully restated herein.

Continued on the attached sheet and made a part hereof:   _X_ Yes   ___ No

/s/ Steven M. Payne
Steven M. Payne

Sworn to before me and subscribed in my presence,

January 31, 2006                      at   Anchorage, Alaska
Date                                       City and State

John D. Roberts                            /s/ John D. Roberts
United States Magistrate Judge             Signature of Judicial Officer