DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | ATTEMPTED BANK ROBBERY |
| | ) | Vio. 18 U.S.C. § 2113(a) & (d) |
| RONALD KEITH CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

That on or about January 30, 2006, at Anchorage, in the District of Alaska,

the defendant, RONALD KEITH CHRISTIAN, did, by force, violence, and intimidation,

attempt to take from the person and presence of an employee of Denali Alaskan Federal

Credit Union, located at 1501 East Huffman Road, Anchorage, Alaska, the deposits of

which were then insured by the National Credit Union Association, money belonging to

and in the care, custody, control, management, and possession of said Denali Alaskan

Federal Credit Union, and in the process, the defendant assaulted an employee with a

"dangerous weapon," to wit: a knife, and made a display of force with the knife that

reasonably caused the employee to fear bodily harm in violation of Title 18, United States

Code, Sections 2113(a) and (d).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:    2/21/06

2