MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __RONALD KEITH CHRISTIAN__   CASE NO. __3:06-cr-00016-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           LARRY CARD

DEFENDANT'S ATTORNEY:              KEVIN MCCOY FOR MIKE DIENI

U.S.P.O.:                          CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 2/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:00 a.m. court convened.

_X_ Copy of Indictment given to defendant; read.

_X_ Defendant advised of general rights. _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: __same as above__   Age: __43__

_X_ PLEA: Not guilty to count __1 of the Indictment.__

_X_ Detention continued as previously set.

_X_ Pretrial motions due __3/16/06__; Order for the
    Progression of a Criminal Case **FILED**.

_X_ Counsel advised of trial date: **4/17/06 at 8:30 a.m.; FPTC set 4/11/06 at 8:30 a.m.**

_X_ OTHER: Counsel to meet and confer by **2/27/06**.

At 10:05 a.m. court adjourned.

DATE: __February 24, 2006__   DEPUTY CLERK'S INITIALS: __rc__