Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>        Defendant. | Case No. 3:06-cr-00016-RRB<br><br>MOTION TO SUPPRESS<br>STATEMENT TO POLICE |

       Defendant, Ronald Keith Christian, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order suppressing Mr. Christian's statement to police. Mr. Christian relies upon the Fifth Amendment and related authority set forth in the accompanying memorandum of law.

///

///

///

///

///

DATED this 16th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni