UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>　　　　　Defendant. | Case No. 3:06-mj-0013-JDR<br><br>PROPOSED<br>ORDER SUPPRESSING<br>STATEMENT TO POLICE |

After due consideration of defendant's motion to suppress his police statement, for good cause shown, the motion is granted.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge