DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00016(RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **GOVERNMENT'S RESPONSE** |
| vs. ) | **AND NON-OPPOSITION TO** |
| ) | **DEFENDANT'S MOTION TO** |
| RONALD KEITH CHRISTIAN, ) | **SUPPRESS STATEMENTS** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card, Assistant U.S. Attorney, and hereby submits the government's

response to the defendant's Motion to Suppress. The government has reviewed the

issue, and to the government's knowledge, no statements made by Mr. Christian are

being sought as admissible against him in any future proceedings.   The defendant

has not identified any statements that he believes are in violation of his *Miranda* rights, so the motion is somewhat difficult to interpret.  The government will not seek to offer any of Mr. Christian's pre *Miranda rights statements against him at trial*.  Having said that, the evidentiary hearing set for Friday, March 24, 2006 at 10:00 a.m. is unnecessary, and should be vacated.   The present trial date shall remain as previously scheduled, and the government will be prepared to put on its case on the assigned date and time.

      RESPECTFULLY SUBMITTED on this 23rd day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on March 23, 2006
a copy of the foregoing was served via electronic notice:

Michael Dieni
Asst. Federal Public Defender

s/ Larry D. Card