UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br>  vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>      Defendant. | 3:06-CR-00016 (RRB)<br><br>**RECOMMENDATION<br>CHRISTIAN'S MOTION TO<br>SUPPRESS**<br><br>(Docket No. 17) |

    The court has now before it the defendant's (Ronald Keith Christian's) motion to suppress at docket No. 17. The government has filed a response and non-opposition to defendant's motion to suppress statements. Docket No. 21. The government represents that no statements made by Mr. Christian are being sought as admissible against him in any proceedings. The government shall be held to this representation. Therefore, the motion to suppress should be denied as moot.

CONCLUSION

    For the foregoing reasons it is hereby recommended that Christian's motion to suppress at docket No. 17 be **DENIED** as moot. In light of the government's non-opposition to the motion and the disposition of the motion, this recommendation is

being issued as a final recommendation and no objections will be taken.  The matter shall now be forwarded to the assigned district judge.

DATED this <u>23rd</u> day of March, 2006, at Anchorage, Alaska.

<u>/s/ John D. Roberts           </u><br>
United States Magistrate Judge