DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00016-RRB-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **GOVERNMENT'S MOTION TO** |
| vs. ) | **CONTINUE TRIAL DATE** |
| ) | |
| RONALD KEITH CHRISTIAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card, Assistant U.S. Attorney, and hereby moves the court for an order

continuing trial for a period of six weeks, that is to a date on or about June 1, 2006,

from the present trial date of April 17, 2006. The reason for the request is to allow

the State of Alaska Crime Lab sufficient time to test the "gorilla mask" presently in

the custody of law enforcement for any DNA present, and to have the results of crime lab analysis of castings made near the scene of the robbery alleged in the instant case. The evidence that the government seeks to have examined is material to the case, in that the person who committed the robbery was wearing a gorilla mask. The government seeks the tests to determine if any such delectable DNA will exclude Mr. Christian, and whether the shoe castings will be sufficiently similar to Mr. Christian's for an opinion that may be offered during his trial. In the event the defendant opposes this motion, he should not later complain that no DNA testing occurred in his case which may have exonerated him, nor any comparisons of the castings taken as evidence. As the attached affidavit indicates, the Anchorage Police Department has been overwhelmed with evidence that needed processing, and as a result, the crime lab is just getting the evidence during the week of March 28, 2006.

    This motion has not been submitted to frustrate or otherwise prevent the defendant from having a speedy trial in his case. This case was charged by complaint on January 31, 2006, for an offense alleged to have occurred on January 30, 2006. The defendant was indicted on February 21, 2006 and the case has been proceeding in accordance with the court's schedule since that date. The government calculates that 121 days will have passed by June 1, 2006 since the

arrest of the defendant in this case.  The defendant was on State of Alaska formal probation or parole at the time of the commission of the charge alleged in this case for a 1993 robbery for which he initially received a 20 year sentence, with 5 years suspended.  The 15 years Mr. Christian had to serve were presumptive, meaning that he had to serve ten of those years before he was eligible for discretionary parole.  As a result of probation violations, the records reflect that Superior Court Judge Dan Hensley imposed the balance of his time to serve.

In support of this motion, the government submits the affidavit of Steven Payne, Special Agent of the Federal Bureau of Investigation.  <u>See</u> Exhibit A.

RESPECTFULLY SUBMITTED on this <u>29th</u> day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006
a copy of the foregoing Motion
was served via electronic notice:

Michael Dieni

Asst. Federal Public Defender


s/ Larry D. Card