DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00016-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF SPECIAL AGENT |
| vs. | ) | STEVEN PAYNE |
| | ) | |
| RONALD KEITH CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT )
                          )

I, S/A STEVEN PAYNE, being first duly sworn upon oath, depose and say:

1. That I am the case agent for the above-captioned case;

2. That the trial date was set in the above-captioned case by the court for April 17, 2006;

3. That I have been diligently trying to obtain from Anchorage Police, then have tested at the state crime lab the gorilla mask and knife for DNA, and the plaster casts of footprints for comparison so that they may be available for trial;

4. That the State of Alaska crime lab tells me that they need at least 6 weeks to run the DNA tests, even if I have a certain trial date, and it is not believed that the analysis can be performed in the approximately two and a half weeks remaining before trial;

5. That since the robber in this case wore a mask, and Mr. Christian was not arrested wearing a mask a short time after the robbery attempt, the case currently consists of the testimony of the eye witnesses present at the scene who described the robber, what he was wearing, and how he appeared to them;

6. That DNA testing and the comparison of the plaster casts with the tread of the boots Mr. Christian was wearing at the time of his arrest could be either inculpatory or exculpatory to the defendant, but of course without the testing, the jury will not have the advantage of hearing any such evidence;

7. That this motion is not made to frustrate either the rights of the defendant

to a speedy trial nor the ability of his counsel to zealously represent his client. In effect, Mr. Christian may be helped as well as "hurt" by the DNA evidence and the lab analysis from the castings.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 03/29/2006

STEVEN PAYNE
Special Agent, FBI

SUBSCRIBED AND SWORN TO before me this 29th day of March, 2006, at Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 10/26/2007