IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RONALD KEITH CHRISTIAN,  )<br>  )<br>        Defendant.  )<br>_____ ) | Case No. 3:06-cr-00016-RRB-JDR<br><br>**ORDER** (proposed) |

Having considered the Government's Motion to Continue Trial for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**. The trial bu jury is rescheduled for _____ _____, 2006 at _____ am/pm.

    IT IS SO ORDERED.

    DATED this ____ day of March, 2006, at Anchorage, Alaska.


                                              _____
                                              RALPH R. BEISTLINE
                                              UNITED STATES DISTRICT JUDGE