UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  RONALD KEITH CHRISTIAN 

DATE:   March 29, 2006      CASE NO.   3:06-CR-0016-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

      A hearing on the Government's Motion to Continue Trial Date (Docket 24) will be held on **Friday, April 7, 2006, at 8:45 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING