UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>        Defendant. | 3:06-cr-0016-RRB<br><br>ORDER SUPPRESSING<br>STATEMENT TO POLICE |

After due consideration of defendant's motion to suppress his police statement, for good cause shown, the motion is ~~granted~~. Denied, as moot.

DATED this 28 day of March, 2006 in Anchorage, Alaska.

                                              Ralph R. Beistline<br>
                                          United States District Court Judge