IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 3:06-cr-00016-RRB-JDR |
| ) | |
| Plaintiff,   ) | |
| ) | **ORDER** (proposed) |
| vs.   ) | |
| ) | |
| RONALD KEITH CHRISTIAN,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

Having considered the Government's Motion to Compel Production of a DNA Sample for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2006, at Anchorage, Alaska.


_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE