Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>                Defendant. | Case No. 3:06-cr-0016-RRB<br><br>RONALD CHRISTIAN'S OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE TRIAL |

       Defendant, Ronald Keith Christian, by and through counsel Michael Dieni, Assistant Federal Defender, opposes the government's motion to continue trial.  The proposed delay would violate the 70 day limitation set forth in the Speedy Trial Act.  18 U.S.C. § 3161(c).  The government's motion does not even suggest a period of excludable delay.  The government's failure to expeditiously conduct an investigation of the case is not a basis for excludable delay.  The trial should proceed as scheduled.

///

///

///

DATED this 4th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 4, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni