UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>             Defendant. | Case No. 3:06-cr-0016-RRB<br><br>PROPOSED<br>ORDER DENYING PRODUCTION<br>OF DNA SAMPLE |

The government's motion for DNA sample is denied.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge