Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0016-RRB<br><br>DEFENDANT'S NOTICE OF NON-OPPOSITION TO AND JOINDER IN GOVERNMENT'S MOTION TO CONTINUE TRIAL |

Defendant, Ronald Keith Christian, by and through counsel Michael Dieni, Assistant Federal Defender, joins in the government's motion to continue the trial. Mr. Christian has reconsidered his position and now withdraws his previously filed opposition to delay of the trial. He has no opposition to allowing the government time to conduct DNA testing. He joins in the motion for the very same reasons the government proffered in their motion – to allow time to conduct DNA testing.

///

///

///

DATED this 6th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni