DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 3:06-cr-00016-RRB |
| )  | |
| Plaintiff,       ) | |
| )  | **GOVERNMENT'S** |
| vs.       ) | **CONDITIONAL NON-OPPOSED** |
| )  | **MOTION TO OBTAIN DNA** |
| RONALD KEITH CHRISTIAN,       ) | |
| )  | |
| Defendant.       ) | |
| )  | |

COMES NOW the United States Attorney's Office, by and through

Lawrence D. Card, Assistant U.S. Attorney, and hereby moves the court for an

order requiring the defendant to submit to a buccal swab sample, conditioned on

the State of Alaska Crime Lab finding "useable" DNA in its forensic examination

of the "monkey face " mask, and the knife found by officers investigating this case. In the event no "usable" DNA is found on the mask and the knife, the government agrees that there is no need for the defendant to submit a buccal swab sample of his DNA, and the case shall proceed to trial on the collected evidence.  In the event that a buccal swab of the defendant's DNA is indicated as agreed to by the parties, the defendant shall submit to the taking of such a sample within 24 hours of his counsel being provided the test results from the State of Alaska Crime Lab.

 RESPECTFULLY SUBMITTED on this <u>7th</u> day of April, 2006, in Anchorage, Alaska.

 DEBORAH M. SMITH
Acting United States Attorney

<u>s/ Lawrence D. Card</u>
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on April 7, 2006 a copy of the foregoing was served via electronic notice:

Michael Dieni,  Asst. Federal Public Defender

<u>s/ Larry D. Card</u>