IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00016-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** (proposed) |
| vs. | ) | |
| | ) | |
| RONALD KEITH CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Conditional Non-Opposed Motion to Obtain a DNA Sample for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE