DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
Email: larry.card@usdoj.gov
Alaska Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-0016-RRB |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF EXPERT |
| | ) WITNESSES |
| v. | ) |
| | ) |
| | ) |
| RONALD KEITH CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

I.  **INTRODUCTION**

Trial in this case is set to commence on Monday, June 12, 2006.  The

government may call the following person as an expert:

    Criminalist Michelle Collins, Alaska State Crime Lab

    Criminalist Cheryl Duda, Alaska State Crime Lab

At the time of the submission of this pleading, the parties had been informed through counsel that sufficient DNA material had been found in the "monkey mask" for comparison purposes, and so the conditional order agreed to by the parties went into effect, and Mr. Christian's DNA was to be collected by the buccal swab method and delivered to the state crime lab for analysis. Mr. Duda discussed the issue with both Mr. Dieni and AUSA Card on the telephone on Thursday, April 27, 2006. Ms. Duda advised the counsel that she will be out of the state during the trial and criminalist Michelle Collins will be assigned the case, and be prepared to testify in open court. Once any lab reports are published they will be distributed to the government, who will in turn immediately distribute the results to the defense.

Ms. Collins testimony will be about DNA, what it is, and its significance to Mr Christian's case. The government has attached CVs of both criminalists for the edification of the defense and the court as Exhibits "A" and "B."

The experts may be contacted at their place of employment, and the government's counsel will assist in making the witness available for an interview.

Dated at Anchorage, Alaska, the 1st day of May, 2006.

          DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006
a copy of the foregoing was served via
electronic service:

Michael Dieni,  Asst. Federal Public Defender


s/ Larry D. Card