# STATEMENT OF QUALIFICATIONS

**Name of Lab:**  Scientific Crime Detection Laboratory    **Date:** December 28, 2005
5500 E. Tudor Road
Anchorage, AK 99507

**Name:** Cheryl Duda    **Job Title:** Criminalist III

**Discipline(s):** Indicate all areas in which you do casework

DNA

**Education:** List all higher academic institutions attended

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| The Ohio State University | Fall 1992 – Spring 1995 | Biochemistry | Master of Science |
| Wellesley College | Fall 1988 – Spring 1992 | Biochemistry | Bachelor of Arts |

**Other Training:** List continuing education, workshops, in-service and other formal training received

| | | | |
|---|---|---|---|
| Sexual Assault Evidence Workshop | 4 hours | Janeice Amick | December 18, 2001 |
| Trace Evidence Collection Workshop | 4 hours | Kristen Denning | January 29, 2002 |
| Blood Evidence Collection Workshop | 8 hours | Kristen Denning | March 19, 2002 |
| Population Genetics & Statistics Training | 4 hours | Abi Chidambaram | March 2002 |
| Applied Biosystems ABI 310 Training | 7.5 hours | Kim Bogart | May 16-17, 2002 |
| Quantitative Evidence | 2 hours | AK Bar Association | May 17, 2002 |
| Expert Witnesses | 1.5 hours | AK Bar Association | May 17, 2002 |
| 13th International Symposium on Human Identification | 26 hours | Promega | October 7-10, 2002 |
| Forensic Digital Imaging | 24 hours | George Reis | January 6-8, 2003 |
| Winning Courtroom Confrontations | 7.5 hours | Val Van Brocklin | April 28, 2003 |
| CODIS Talk: NDIS DNA Data Acceptance Standard | 1.5 hours | Chris Beheim | December 10, 2003 |
| Quantitative Methods Using RT-PCR (on-line) | 1.5 hours | Stratagene | December 11, 2003 |
| Quantitative PCR Seminar | 4 hours | Stratagene | March 5, 2004 |
| Death Investigation Seminar | 5 hours | Medical Examiner | August 6, 2004 |
| SWGDAM Update and Discussion | 8 hours | Steven R. Valdez | October 11-15, 2004 |
| Facial Reconstruction and Forensic Art | 8 hours | Steven R. Valdez | October 11-15, 2004 |
| Forensic DNA Technology | 8 hours | Steven R. Valdez | October 11-15, 2004 |
| Southwestern Assoc. of Forensic Scientists | 8 hours | Steven R. Valdez | October 11-15, 2004 |
| Making Sense of Pop Stats | 8 hours | Steven R. Valdez | October 11-15, 2004 |
| DNA Auditor Training | 15 hours | Heather Seubert | July 12-13, 2005 |
| Statistical Analysis of Forensic DNA Evidence | 30 hours | George Carmody / Ray Wickenheiser | August 15-19, 2005 |

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each

DNA Analysis: September 2002 – present, fifteen jury trials.

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities

None

Exhibit A

**Statement of Qualifications:** Cheryl Duda
Page 2

**Employment History:** List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position

(1) Job Title: Criminalist II-III
    Employer: Alaska State Crime Detection Laboratory
    Principal Duties: DNA casework
    Tenure: November 2002-present

(2) Job Title: Criminalist I
    Employer: Alaska State Crime Detection Laboratory
    Principal Duties: Training for DNA casework
    Tenure: October 2001-November 2002

(3) Job Title: Science Teacher
    Employer: Anchorage School District
    Principal Duties: Taught chemistry, biology, and general science courses, grades 9-12
    Tenure: March 2000 – October 2001

(4) Job Title: Science teacher
    Employer: Hilliard City Schools, Hilliard, OH
    Principal Duties: Taught chemistry, biology, and general science courses, grades 9-12
    Tenure: September 1996 – January 2000

**Other Qualifications:** List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

Master's Thesis: *Expression of C/EBP MRNA in mouse mammary epithelial cells*, The Ohio State University

Publications:

DeWille JW, O'Rourke J, Duda C, and Yuan R. *Cell cycle regulation of CCAAT/enhancer binding protein isoform expression in COMMA D mouse mammary epithelial cells*. FASEB Journal, Volume 9: A1066, 1995.

Schneider MJ, Lynch JD, Deutsch L, Duda CM, Green JC, and McPeak D. *Iridoid Glycosides of Pedicularis*. Biochemical Systematics and Ecology, Volume 24, Number 7/8: pp. 793-794, 1996.