# STATEMENT OF QUALIFICATIONS

**Name of Lab:**   Scientific Crime Detection Laboratory   **Date:** January 27, 2003
5500 E. Tudor Road
Anchorage, AK 99507

**Name:**   Michelle L. Collins (Gaines)   **Job Title:** Criminalist III

**Discipline(s):** Indicate all areas in which you do casework.

   Forensic DNA analysis

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| University of Alabama at Birmingham | 1994-1996 | Forensic Science | M.S.F.S. |
| Clarkson University Potsdam, NY | 1990-1994 | Chemistry | B.S. |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

| | |
|---|---|
| December 2003 | Quantitative Methods Using PT-PCR, On-line Seminar by Stratagene, Scientific Crime Detection Laboratory in Anchorage, AK (1.5 hours) |
| December 2003 | CODIS Talk: NDIS DNA Data Acceptance Standards, instructed by Chris Beheim at the Scientific Crime Detection Laboratory in Anchorage, AK (1.5 hours) |
| February 2002 | Forensic Photography, instructed by Robert Carruthers, Workshop at the Annual AAFS Meeting held in Atlanta, GA |
| January 2001 | Effective Courtroom Communication Skills, instructed by Raymond J. Davis and Louis A. Maucieri, held at the Louisiana State Police Training Facility (3 days) |
| September 2000 | Forensic Biological Microscopy, instructed by Edwin Jones, held at the North Louisiana Criminalistics Laboratory (1 week) |
| August-December 1999 | Statistics and Population Genetics for Forensic DNA Analysis, instructed by Dr. Bruce Weir, Graduate level internet course. |
| February 1999 | DNA Proficiency Testing as a Quality Assurance Tool, various instructors, Workshop at the Annual AAFS Meeting held in Orlando, FL. |
| February 1999 | Internet for Forensic Scientists, various instructors, Workshop at the Annual AAFS Meeting held in Orlando, FL. |
| February 1998 | Developments in Trace Evidence Examinations: Interpretation of Material Transfers, various instructors, Workshop at the Annual AAFS Meeting held in San Francisco, CA. |
| October 1997 | Forensic Microscopy, instructed by John Delly of the McCrone Research Institute, held at the North Louisiana Criminalistics Laboratory. (1 week) |
| September 1997 | Presenting DNA Statistics in Court, instructed by George Carmody and Bruce Weir, Workshop at the 8th International Symposium on Human Identification in Scottsdale, AZ. |

Exhibit B

Statement of Qualifications: Michelle L. Collins (Gaines)
Page 2

**Other Training:** (continued)

| | |
|---|---|
| February 1997 | Advanced DNA Technologies: Automation and Application, various instructors, Workshop at the Annual AAFS Meeting held in New York City, NY. |
| October 1996 | STR Technology, various instructors, Workshop at the Fall 1996 SAFS Meeting held in Raleigh, NC. |
| October 1996 | Chemiluminescence Workshop, various instructors, Workshop at the Fall 1996 SAFS Meeting held in Raleigh, NC. |
| August 1996 | Bloodstain Pattern Interpretation, Instructed by Paulette Sutton, Steven A. Symes and Lisa Elrod, held at the North Louisiana Criminalistics Laboratory. (1 week) |

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

Forensic DNA Analysis (testified ≈50 times over 7 years)

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

American Academy of Forensic Sciences (AAFS)
Southern Association of Forensic Scientists (SAFS)
Louisiana Association of Forensic Scientists (LAFS)

**Employment History:** List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position.

(1) Job Title: Criminalist III
    Employer: Alaska Department of Public Safety Scientific Crime Detection Laboratory
    Anchorage, Alaska
    Principal Duties: Perform DNA analysis on forensic casework. Perform scientific techniques in the identification of body fluids, i.e., blood and semen.
    Tenure: 09/03 - present

(2) Job Title: Forensic Scientist II
    Employer: North Louisiana Criminalistics Laboratory
    Principal Duties: Evidence storage, tracking and examination – DNA analysis by PCR method. STR typing using a 377 DNA Sequencer and Genescan and Genotyper software, report preparation and court testimony, validation of methods and reagents, technical review of DNA case files, purchasing of reagents and supplies for the DNA section. Administrative review and organization of proficiency testing for the DNA section, conducting internal laboratory audits to ensure compliance with ASCLD/LAB requirements, method and protocol development.
    Tenure: 07/01/1996 – 06/30/2003

Statement of Qualifications: Michelle L. Collins (Gaines)
Page 4

MEETINGS ATTENDED: (continued)
    Louisiana Association of Forensic Scientists
        Winter 2001–Shreveport, Louisiana
        Winter 2000 –New Orleans, Louisiana
        Winter 1999 –Alexandria, Louisiana
        Spring 1998 –New Orleans, Louisiana
        Fall 1997 –Alexandria, Louisiana SAFS Meeting, Williamsburg, VA.

| | |
|---|---|
| February 1999: | Internal Validation of the AmpF/STR® Profiler Plus™ and COfiler™ PCR Amplification Kits, AAFS Meeting, Orlando, FL. |
| February 1999: | A Validation Regimen in the DNA Laboratory. LAFS Meeting, Alexandria, LA. |
| September 1997: | Validation of AmpF/STR® Blue, Green I, and Profiler, 8th International Symposium on Human Identification, Scottsdale, AZ. |
| October 1996: | The Effect of *Hae* III Digestion on PCR Based Typing Systems, SAFS Meeting, Raleigh, NC. |

PUBLICATIONS:

**Reduced Volume PCR Amplification Reactions Using the AmpF/STR® Profiler Plus™ Kit**, Journal of Forensic Sciences (2002) 47(6): 1224-37; Gaines ML, Wojtkiewicz PW, Valentine JA, Brown CL.

**Preparation and Evaluation of Arylazide-Substituted Pyridine Adenine Dinucleotides for Photoaffinity Labeling Experiments**, Photochemistry and Photobiology (1996); 63(6): 793-799; Liu W, Gaines M, Bao R, Clifford J, Li Y.

**High Performance Liquid Chromatographic Analysis of Enantiomeric Composition of Abused Drugs**, Forensic Sci Rev (1996); 8(2): 91-109; Sellers JK, Duffit GL, Gaines ML, Liu RH.