Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>            Defendant. | Case No. 3:06-cr-0016-RRB<br><br>NON-OPPOSED MOTION TO CONTINUE TRIAL, *filed on shortened time* |

Defendant, Ronald Keith Christian, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order continuing the trial in this case. Trial is now set for June 12, 2006.  Mr. Christian requests a continuance to the end of August 2006. This is the defendant's first motion to continue trial.  The government previously obtained a continuance.  The government, by and through Assistant United States Attorney Larry Card, non-opposes this motion.

This motion is made for several reasons.

First, Mr. Christian needs to obtain expert consultation regarding proposed DNA evidence.  The government has tested objects and is prepared to produce expert

testimony regarding DNA evidence.  Mr. Christian may seek to retest the material.  At a minimum, he will need to consult independent experts in order to prepare for trial.  This cannot be done in advance of the June 12, 2006, trial date.

Second, Mr. Christian is concerned that recent publicity will work to deprive him of a fair trial in the Anchorage area.  Within the past two weeks he was indicted for Murder in the First Degree.  All major media outlets ran a story with Mr. Christian's name.  Exhibit A.  The Anchorage Daily News noted that Mr. Christian was the defendant in the present case, the so-called "monkey mask" bank robbery.  Mr. Christian does not expect ongoing publicity, and he hopes, with the passage of time, that the nexus between this robbery case and peoples' memory of the flourish of publicity from the murder arraignment will pass.  A continuance would help this process.

Finally, to be prepared for the robbery trial, undersigned counsel needs to familiarize himself with the facts and circumstances surrounding the murder charge.  The police apparently have worked with a co-defendant informant to solve the murder case, and it turns out that the informant in the murder case is also alleged to have been the getaway driver in the present robbery case.  It seems likely that this witness has received some concessions from possibly both the state and federal governments, as he is charged only with evidence tampering and theft in the state case and is not charged at all in the federal case.  To date, Mr. Christian has not received any discovery in the state case, but he expects that it will be forthcoming shortly.

*Conclusion*

For all of the above reasons, a substantial continuance is necessary. Mr. Christian requests more than two months. The government non-opposes this request.

DATED this 22nd day of May, 2006.

                                        Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni