## Quality Services

**(907)274-1056**

# Media Summary Report

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 2/10/06 | 11 | 5:00 PM | APD says a man and his truck are missing and foul play may be involved. (Picture of man and truck shown.) |
| 2/10/06 | 11 | 6:00 PM | APD says a man and his truck are missing and foul play may be involved. (Picture of man and truck shown.) (R) |

(R) repeat of previous story        (R-EXP)expanded version of previous story

Wednesday, May 17, 2006                                                    Page 1 of 1

# Quality Services
**(907)274-1056**

# Media Summary Report

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 2/10/06 | 13 | 6:00 PM | Police are asking for help in finding Christopher Lee Lindstrom who was last seen in Spenard on January 28. APD suspects foul play in his disappearance. |
| 2/10/06 | 13 | 10:00 PM | Police are asking for help in finding Christopher Lee Lindstrom who was last seen in Spenard on January 28. APD suspects foul play in his disappearance. (R) |
| 2/12/06 | 2 | 10:00 PM | Body of a man was found in the Mat-Su Valley; identity of the deceased was not released. APD is asking for help in the disappearance of Christopher Lindstrom, missing since late January. |
| 2/12/06 | 11 | 10:00 PM | Body found in the Mat-Su Valley has police wondering if it might be Christopher Lindstrom, reported missing late last week. |
| 2/13/06 | 2 | 6:00 PM | APD and troopers are investigating a possible connection between a body found in the Mat-Su Valley and the disappearance of Christopher Lindstrom. |
| 2/13/06 | 13 | 5:00 PM | Body found in the Mat-Su Valley is being investigated by Anchorage police, who say there is a strong possibility it is Christopher Lindstrom who disappeared with his pickup last week. |
| 2/13/06 | 13 | 6:00 PM | Body found in the Mat-Su Valley is being investigated by Anchorage police, who say there is a strong possibility it is Christopher Lindstrom who disappeared with his pickup last week. (R) |
| 2/13/06 | 13 | 10:00 PM | Body found in the Mat-Su Valley is being investigated by Anchorage police, who say there is a strong possibility it is Christopher Lindstrom who disappeared with his pickup last week. (R) |
| 2/21/06 | 2 | 10:00 PM | Police are investigating the murder of Christopher Lindstrom after his body was found in the Mat Valley. |
| 2/21/06 | 11 | 10:00 PM | Troopers identified a body in the Mat-Su Valley last week as Christopher Lindstrom and are investigating his death as a homicide. |
| 2/21/06 | 13 | 10:00 PM | Police confirmed that a body found in the Mat Valley was that of Christopher Lindstrom of Anchorage. |

(R) repeat of previous story        (R-EXP)expanded version of previous story

Wednesday, May 17, 2006

Page 1 of 2

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 2/22/06 | 2 | 5:00 PM | Investigation into the disappearance of Christopher Lindstrom is now a homicide investigation after his body was found in the Mat Valley. |
| 2/22/06 | 2 | 6:00 PM | Investigation into the disappearance of Christopher Lindstrom is now a homicide investigation after his body was found in the Mat Valley. (R) |
| 2/22/06 | 11 | 6:00 PM | Anchorage police identified a body found in the Mat-Su Valley as Christopher Lindstrom and are treating his death as a homicide. |
| 2/22/06 | 13 | 5:00 PM | Anchorage police confirmed a body found in the Mat-Su Valley was Christopher Lindstrom and are treating his death as a homicide. |
| 2/22/06 | 13 | 6:00 PM | Anchorage police confirmed a body found in the Mat-Su Valley was Christopher Lindstrom and are treating his death as a homicide. (R) |
| 2/22/06 | 13 | 10:00 PM | Anchorage police confirmed a body found in the Mat-Su Valley was Christopher Lindstrom and are treating his death as a homicide. (R) |
| 5/9/06 | 2 | 6:00 PM | Ronald Christian was arrested for the murder of Christopher Lindstrom who disappeared while trying to buy cocaine last January. |
| 5/9/06 | 2 | 10:00 PM | Ronald Christian was arrested for the murder of Christopher Lindstrom who disappeared while trying to buy cocaine last January. (R) |
| 5/10/06 | 2 | 5:00 PM | Ronald Christian entered a plea of not guilty in the death of Christopher Lindstrom. |
| 5/10/06 | 13 | 5:00 PM | Ronald Christian was arraigned for the murder of Christopher Lindstrom. |
| 5/10/06 | 13 | 6:00 PM | Ronald Christian was arraigned for the murder of Christopher Lindstrom. (R) |
| 5/10/06 | 13 | 10:00 PM | Ronald Christian was arraigned for the murder of Christopher Lindstrom. (R) |

# ALASKA

★ WEDNESDAY, MAY 10, 2006

ANCHORAGE DAILY NEWS • www.adn.com

## HUNGRY TROUT CRUISING

*With ice off the lakes in Mat-Su and Anchorage, rainbow trout are cruising the shallows and are hungry. Now is one of the best times of the year for local trout anglers.*

**Sunday Outdoors**





**B**

SECTION

# Murder suspect indicted

■ **RONALD CHRISTIAN:** Man also faces bank robbery, other charges.

**By PETER PORCO**
Anchorage Daily News

A grand jury this week indicted a 43-year-old man in the murder of another man whose body was found three months ago in the pit of an old outhouse in Butte.

The suspect, Ronald K. Christian, after the slaying used the victim's credit and debit cards to get money through an ATM, buy gasoline and shop at Wal-Mart and other places, according to an assistant district attorney.

Christian was indicted Monday on charges of first- and second-degree murder in the death of Christopher Lindstrom as well as numerous charges of theft and tampering with evidence, according to documents filed in Anchorage District Court.

A second man, Charles M. Greenlee, 54, was charged with two counts of theft as Christian's accomplice, the court papers say.

Bail for Christian was set at $500,000. He is to be arraigned this afternoon.

Christian is in federal custody, awaiting trial on bank robbery charges. He was arrested Jan. 30 — two days after Lindstrom's disappearance but before police suspected him in that case — on charges that he tried to rob a South Anchorage bank with a knife while disguising himself with a plastic monkey mask.



**Christopher Lindstrom was found dead in the Mat-Su area in February.**

Lindstrom, a furniture salesman at J.C. Penney Co. in Anchorage, was 37 when he died. A bail memorandum filed in court gives a narrative of how the state contends he was killed by Christian, how Christian and Greenlee got access to his accounts and how police were led to the suspects.

Christian and a woman, who would soon become a witness in the case, were in her apartment early on Jan. 28 when "she received several phone calls from Lindstrom wanting to purchase cocaine," the document states.

Christian told the woman to let Lindstrom come over, and when he did, the two men left in Lindstrom's pickup "presumably to go purchase cocaine," the papers say.

Not long afterward, she got a call from Lindstrom who complained that Christian was "ripping him off," according to what the woman told police.

"She heard a male get into the car and (tell) Lindstrom to drive around the back, and then the call ended," the document says. The woman tried

*See Page B-2,* **MURDER**

# MURDER: *Victim's ATM, credit cards were used*

***Continued from B-1***

several times to call Lindstrom back, but he never answered.

On Jan. 30, Lindstrom, who lived with his family in Mountain View, was reported missing by his brother. Detectives examined the records of his cell phone and his credit and other cards. They learned someone had been using the cards in a way uncharacteristic of Lindstrom, according to the court papers.

The cards were used starting about 5:30 a.m. on Jan. 28, or two hours after Lindstrom phoned the woman. They continued to be used throughout the day and into the following day, the document says.

"Video surveillance at (a) Carrs gas station show Christian and Greenlee together when Lindstrom's credit card was used to purchase gas for two vehicles, Greenlee's and Lindstrom's," it says.

Among places where Lindstrom's cards were used were Wal-Mart, as well as a bar in Butte where, according to a bartender, a man who police said was not Lindstrom withdrew $240 from an ATM on the afternoon of Jan. 28.

The bartender, Chris Purvis, also said Lindstrom's family later visited the bar with pictures of Lindstrom, a man she was sure she'd never seen.

Police soon were contacted by the female witness who told them what she'd seen and heard that early morning. They also found a second witness, another woman who told them Christian came to her house driving Lindstrom's pickup, that the pickup was blood stained, and that Christian told her he had to kill someone by shooting him in the head, the court document says.

The second woman told detectives she drove to Girdwood with Greenlee and saw Christian park Lindstrom's truck, wipe the inside and discard a bloody blanket from the truck.

Detectives interviewed Greenlee who, according to the papers, told them Christian had said he'd shot Lindstrom and dumped his body in Palmer. Greenlee led detectives to the body, the papers say.

Police found Lindstrom's body Feb. 11 on cabin property off Knik River Road. An autopsy showed he'd been shot three times in the head, while his head, body and hands bore signs of blunt force injuries and "numerous cuts and stabs from a sharp object," the document says.

Lindstrom "was a good guy," his father, Albert Lindstrom, said

Tuesday evening.

His son, who would have been 38 on March 28, had been "set up somehow," Albert Lindstrom said. "He didn't do drugs. He was against drugs. That's it."

Christian has recently maintained a Trapper Creek address,

according to an online database compiled from state records.

The database gives Greenlee's most recent hometown as Anchorage. An arrest warrant has been issued for Greenlee, for whom bail was at $50,000, according to the court papers.

Both men have criminal histories, the papers say.