UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>           Defendant. | Case No. 3:06-cr-0016-RRB<br><br>PROPOSED<br>ORDER * |

After due consideration of defendant's unopposed motion to continue trial, the court GRANTS the motion. A scheduling conference shall be held in this matter on _____, 2006, at _____ a.m./p.m.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge