UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> RONALD KEITH CHRISTIAN </u>

DATE:  <u> May 23, 2006 </u>    CASE NO.  <u> 3:06-CR-0016-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE TRIAL**

---

      Defendant's Non-Opposed Motion to Continue Trial (Docket 35) will be addressed at the final pretrial conference on **Monday, June 5, 2006, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.