Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0016-RRB<br><br>NOTICE OF CHANGE OF PLEA,<br>*filed on shortened time* |

　　　　Defendant, Ronald Keith Christian, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a change of plea. Mr. Christian has decided to plead guilty.  In exchange, the government will do what it can to assure that at the close of federal proceedings Mr. Christian's custody status will change from primary federal to primary state, and not return to primary federal until all pending state court proceedings are resolved.

///

///

DATED this 21st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on August 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni