UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>    Defendant. | Case No. 3:06-cr-0016-RRB<br><br>PROPOSED<br>ORDER SCHEDULING HEARING |

   After due consideration of defendant's motion for change of plea hearing, the motion is granted. A change of plea hearing shall be conducted _____, 2006, at _____a.m./p.m.

   DATED this \_\_\_\_ day of _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
U.S. DISTRICT JUDGE