August 25, 2006

Honorable Judge Mike Beisbline
Federal Court
Anchorage, Alaska

                Re: Ronald K. Christian

My name is Caroline J. Christian, I am the mother of Ronald K. Christian. I would like to share with you a portion of my son's life circumstances beyond his control.

Ronald was born March 19, 1963. At the time of his birth we had two other children, one girl age 6 and one boy age 5. Our lives at this time was a healthy normal family. Then on October 18, 1963, my mother was killed in an auto accident. It was necessary for us to travel from Renton, Wash. to Salt Lake City, Utah for the funeral and to bring home with us my Triplet brother and sisters and one more brother age 13. It was necessary for us to leave our children with my husbands family in Twin Falls, Idaho during this difficult time. My baby son Ronald was left with his Dads sister, who was more equipped to take care of a 6½ month old baby. At this time I had no idea of the trauma this would cause my baby son Ron.

He was too young to understand, he thought we had given him away. This event caused the bonding process between Ron and me, his father and siblings caused great damage to his spirit. I was not educated in the area of what leaving a baby like that could do. Upon returning home with an additional 4 people into a two bedroom home. The demands placed on me at that time prevented me from being able to have the close nurturing environment.

Ron never crawled, during the one week we were gone, at 6½ months of age he started walking. The proper developement of my child was damaged far beyond anything I could imagine. He was hyperactive. He had great difficulty learning in school. We worked with the public school system without success.

We finally put Ron in a private school that seemed to be working, he only had one year in this school and the school closed. We could not find a school that would help him.

Page 2. continued (Ronald K. Christian

In his struggle to feel like he was of any value,
I helped him with the singing talent he was born with.

He placed a Superior rating in church talent competitions.
He never was ~~made~~ to feel he was accepted by his peers.
This further hurt his self esteem. There wasn't one
day that would go by in Middle school that gangs of boys
would beat up on him. We continually fought with the
school officials about it, and got nowhere.

We sold our home and moved to a different area to start
over, Ron was about 12 years old at this time.

Another trauma event happened to him, that he didn't
share with us until about 7 years ago. Our next door
neighbor woman raped him when he was 12 years old. We
had no idea about it then. He ran awayto Oregon,and
found a job herding sheep. He didn't come home until he
was 17 yrs. old. Relations between Ron and his Dad were
not the greatest. So Ron enlisted in the Army and was
accepted. He did his Basic training in Fort Knox, Kentucky.
He completed his basic training, we were invited to
attend the graduation ceremonies, but his father woudln't
spend the dime to go. This was so upsetting to me.
For the first time in his life he accomplished something,
Where were we,his parents, sitting at home.

I have many regrets for not taking the initative upon
myself and going.

During Ron's military duty he served in Germany, and
was called upon to do guard duty on the Berlin Wall still
standing at that time. He got involved with drugs while
there and was sent home with an honorable discharge.

However, the condeming nature of his Dad towards him
was so difficult, Ron left home and became deeper into
the drug habit, which eventually led him to where he
is today.

This of course led to more trauma and rejection at such
a young age.

Also during this time his father and I divorced. His
father blamed him for the divorce.

About 3½ to 4 years ago, Ron was given permission to
come back home here in Washington State for a
funeral of my youngest brother. It was at this time that
Ron and his father finally renewed their relationship.

Page 3. continued (Ronald K. Christian

The rejection by the family members was still evident, and Ron was not permitted to attend the funeral.

This again was another event he had to stuff inside. But he did return to Alaska without incident.

During Ron's incarceration periods there was an illness of a very serious nature that was ignored by the Department of Corrections. I don't have the exact dates for you, however upon his firstrelease on parole he was suffering with this same illness, he found work initially, but this illness was so bad, I convinced him to seek medical attention before his medical benefits would be available.

After one examination the attending physician gave Ron the name of Dr. George at Providence Hospital there in Anchorage. This condition was called a Complex Fistula.

This was caused by a Department Of Corrections contract physician's Colonoscopy, where by this physician poked a hole during the exam in Ron's colon. He never told Ron what he did, and that is what caused the Fistula to form in the first place.

At any rate I had to pay $3,000.00 down for the initial surgery performed by Dr. George. I came to Anchorage for this surgery. (I have enclosed a copy of letter I wrote to the Dept. of Corrections sentencing board, appealing to them on behalf of my son. This gives you a graphic detail of the nature of this event.)

In more recent history while Ron wasemployed by Alaska Cleaners, he was exposed to Fiberglass, he was not knowledgeable about theneed for personal protective clothing that should be worn. Since he didn't report this within 48 hours, it wasn't covered by State Industrial Insurance. His infection was so seveere the attending doctor gave him pain medication, and strong antibiotics. They had to scub Ron's arms to combat the infection.

I mention this only to say Ron is still suffering from this exposure. He is being treated for it, I justhave a lot of concerns about his physical condition.

His drug dependancy is the root cause of his behavior. Without addictive drugs he is a wonderful person. His recent former employer could testify to that. He had such high hopes for my son.

Page 4. continued (Ronald K. Christian

I know Ron doesn't want to cause his employer any embarressment.

We'll Your Honor I appreciate your taking the time to read my letter. Please excuse the mistakes, it is 2:30 a.m. I want to get this letter in the mail tomorrow to Mr. Michael Dieni, the attorney representing my son.

I write this letter to share just a small portion of Ron's life. I don't share this to excuse his behavior. There is a good, caring person in him. He doesn't hold any grudges against anyone else, he only holds himself accountable.

Respectfully submitted,

*Caroline J. Christian*

Caroline J. Christian
27502 151st Place S.E.
Kent, Washington 98042
Phone: (253) 638-0161 Residence
Work:  (206) 655-1729
Cell:  (206) 755-6979

SEE ATTACHED ENCLOSURE

*P.S. Ron taught himself to read.*