Contrary to RCW 9.41.270, and against the peace and dignity of the state of Washington.

COUNT III

I, Norm Maleng, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse Ronald Keith Christian of the crime of burglary in the second degree, committed as follows:

That the defendant Ronald Keith Christian in King County, Washington, on or about May 14, 1990 did enter and remain unlawfully in a building, located at 12702 Holmes Point Drive in said county and state, with intent to commit a crime against a person or property therein;

Contrary to RCW 9A.52.030, and against the peace and dignity of the State of Washington.

NORM MALENG
Prosecuting Attorney

By: _____ #91002
DANIEL J. SOUKUP
Deputy Prosecuting Attorney

AMENDED INFORMATION - 2

Norm Maleng
Prosecuting Attorney
W554 King County Courthouse
Seattle, Washington 98104-2312
(206) 296-9000