RCW 9A.52.030: Burglary in the second degree.  Page 1 of 1

Case 3:06-cr-00016-RRB    Document 43-4    Filed 10/26/2006    Page 1 of 1

## RCW 9A.52.030
## Burglary in the second degree.

(1) A person is guilty of burglary in the second degree if, with intent to commit a crime against a person or property therein, he enters or remains unlawfully in a building other than a vehicle or a dwelling.

(2) Burglary in the second degree is a class B felony.

[1989 2nd ex.s. c 1 § 2; 1989 c 412 § 2; 1975-'76 2nd ex.s. c 38 § 7; 1975 1st ex.s. c 260 § 9A.52.030.]

**Notes:**
    **Effective date -- 1989 2nd ex.s. c 1:** See note following RCW 9A.52.025.

    **Effective date -- Severability -- 1975-'76 2nd ex.s. c 38:** See notes following RCW 9A.08.020.



United States v. Christian  
3:06-cr-0016-RRB

Defendant's Sentencing Memorandum

Exhibit C  
Page 1 of 1

http://apps.leg.wa.gov/RCW/default.aspx?cite=9A.52.030    10/11/2006