UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

     USA    v.    RONALD KEITH CHRISTIAN

DATE:    October 31, 2006       CASE NO.    3:06-CR-0016-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **CHANGING TIME FOR SENTENCING**

---

Due to an ongoing civil jury trial, the **time** for the sentencing on **Thursday, November 2, 2006,** is **changed** from 9:00 a.m. to **8:15 a.m.** in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR SENTENCING