IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0016-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER** ~~(proposed)~~ |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the sentencing hearing in the above-captioned matter, the Court grants / denies the motion. IT IS HEREBY ORDERED that the Sentencing Hearing presently set for Thursday, November 2, 2006, is VACATED and CONTINUED to December 14, 2006 at 10:00 (a.m.)~~p.m.~~

**IT IS SO ORDERED.**

DATED this 1st of ~~October~~ November 2006, at Anchorage, Alaska.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE