UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD KEITH CHRISTIAN,<br><br>    Defendant. | Case No. 3:06-cr-0016-RRB<br><br>PROPOSED<br>ORDER |

   After due consideration of defendant's motion for reconsideration of the government's motion to continue sentencing, for good cause shown, the motion is GRANTED.  Sentencing is set for _____, 2006 at _____a.m./p.m.

   DATED this ____ day of _____, 2006 in Anchorage, Alaska.

                _____
                Ralph R. Beistline
                United States District Court Judge