```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __RONALD KEITH CHRISTIAN__ CASE NO. __3:06-CR-00016-RRB__
Defendant: _x_ Present  _x_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____DAVID NESBETT_____

DEFENDANT'S ATTORNEY: _____MICHAEL DIENI_____

U.S.P.O.: _____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 12/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

Court and counsel heard re plaintiff's oral motion to continue hearing; **GRANTED**.

Court and counsel heard re sentencing memorandums, presentence report, guidelines and victim impact statement heard.

Imposition of Sentence set **December 18, 2006 at 9:00 a.m.**

Defendant's detention continued.

At 10:21 a.m. court adjourned.

DATE: _____December 14, 2006_____  DEPUTY CLERK'S INITIALS: ___ce___