UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  RONALD KEITH CHRISTIAN 

DATE:  December 15, 2006    CASE NO.   3:06-CR-0016-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE SENTENCING**

---

      Given the facts set forth in the Presentence Report and the arguments presented by the Government in its Sentencing Memorandum, the Court will consider imposing a sentence above the sentencing guidelines.  There is reason to believe that a criminal history Category V more appropriately represents Defendant's criminal history.

M.O. RE SENTENCING