```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. RONALD KEITH CHRISTIAN        CASE NO. 3:06-cr-00016-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         DAVID NESBETT

DEFENDANT'S ATTORNEY:            MICHAEL DIENI

U.S.P.O.:                        PATRICIA WONG

PROCEEDINGS: CONTINUED IMPOSITION OF SENTENCE
             HELD DECEMBER 18, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 96 months on Count 1 of the
   Indictment.

 X Defendant placed on supervised release for a period of  36
   months under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $100.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report; court
accepted the presentence report with modification re education.
Victim impact statement heard. Court recommended that the
defendant participate in the 500 hour drug and alcohol program.
Appeal rights given. Payment Coupon given to defendant.

At 9:36 a.m. court adjourned.


DATE:     December 18, 2006       DEPUTY CLERK'S INITIALS:    ak